# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

      The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tracts:  RGV-RGC-8000, RGV-RGC-R8000E
Owner:  Lite Oil, Ltd.
Acres:  24.728

Tract:  RGV-RGC-8000

**Being** a 23.091 acre (1,005,857 square feet) parcel of land, more or less, being out of the Jose De La Garza Falcon Survey, Abstract No. 75, Tract 5, Porción 81, Starr County, Texas and being out of a called 439.75 acre tract conveyed to Lite Oil, LTD. by Document No. 2022-366560, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found Texas Department of Transportation concrete monument at a northerly corner of the 439.75 acre tract, said point being at the east corner of Lot 7 of the Resubdivision of Lot 7 of Ringgold II Subdivision according to plat thereof recorded in Volume 3, Page 515, Map Records of Starr County, Texas, said point being in the southwest right-of-way line of U.S Highway No. 83, said point having the coordinates of N=16657262.942, E=889651.229;

**Thence:** S 15°36'35" W, departing the southwest right-of-way line of U.S Highway No. 83, over and across the 439.75 acre tract, for a distance of 1625.04' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-1" for the **Point of Beginning** and northerly northwest corner of Tract RGV-RGC-8000, said point being within the 439.75 acre tract, said point having the coordinates of N=16655697.836, E=889213.954, said point bears S 41°43'23" E, a distance of 3027.35' from United States Army Corps of Engineers Control Point No. 302;

**Thence:** over and across the 439.75 acre tract, the following courses and distances:
- S 71°05'26" E, for a distance of 1025.23' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-2" for the northeast corner of Tract RGV-RGC-8000;

- S 09°02'27" W, for a distance of 3926.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-3" for a southeasterly interior corner of Tract RGV-RGC-8000;

## SCHEDULE C (Cont.)

- S 80°16'25" E, for a distance of 47.35' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-4=8005-1" for the northerly southeast corner of Tract RGV-RGC-8000, said point being in the east line of the 439.75 acre tract and in the west line of a called 13.698 acre tract recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 96) and being the same tract of land conveyed to Diana Margot Hinojosa, Trustee of the Diana Margot Hinojosa Living Trust, utd September 27, 2005 by Warranty Deed recorded in Volume 1079, Page 480, Official Records of Starr County, Texas (Tract II);

**Thence:** S 09°15'01" W (S 09°08'00" W, Record), with the east line of the 439.75 acre tract and the west line of the 13.698 acre tract, for a distance of 200.01' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-5=8005-8" for the southerly southeast corner of Tract RGV-RGC-8000, said point being in east line of the 439.75 acre tract and the west line of the 13.698 acre tract;

**Thence:** departing the west line of the 13.698 acre tract, over and across the 439.75 acre tract, the following courses and distances:
- N 80°16'25" W, for a distance of 246.64' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-6" for the southwest corner of Tract RGV-RGC-8000;

- N 09°02'27" E, for a distance of 3955.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-7" for a southerly interior corner of Tract RGV-RGC-8000;

- N 71°05'26" W, for a distance of 857.02' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8000-8" for the southerly northwest corner of Tract RGV-RGC-8000;

- N 18°54'34" E, for a distance of 200.00' to the **Point of Beginning.**

## SCHEDULE C (Cont.)

Tract:  RGV-RGC-R8000E

**Being** a 1.637 acre Access Easement tract (71,306 square feet) parcel of land, more or less, being out of a portion of Tract 5 of the Juan Jose De La Garza Falcon Survey, Abstract No. 75 in Porcion No. 81, Starr County, Texas, conveyed to Lite Oil, ltd, Document No. 2022-366560. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap stamped SR-02 2019, having the following NAD83 (2011) Grid Coordinates: N= 16657957.370, E= 887199.160.

**Thence:** S61°19'49"E, a distance of 3630.74 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-R8000E-1=R8057E-1, being on the East property line of Lite Oil, ltd, Document No. 2022-366560, and the West property line of Deborah H. Martinez, et al, Document No. 2023-374804 for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16656215.479, E= 890384.770 for angle;

**Thence:** S09°15'00"W, following along said property lines a distance of 45.82 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-R8000E-2=R8057E-11 for the beginning of a non-tangent curve to the right;

**Thence:** leaving said property lines, along said curve to the right, with a radius of 144.14 feet, a curve length of 81.75 feet, a chord bearing of S73°41'51"W, a chord length of 80.65 feet and a central angle of 32°29'34", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-3 for the ending of said curve to the right;

**Thence:** N87°58'32"W, a distance of 29.80 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-4 for the beginning of a non-tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 123.00 feet, a curve length of 92.07 feet, a chord bearing of N67°56'10"W, a chord length of 89.93 feet and a central angle of 42°53'15", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-5 for the ending of said curve to the right;

**Thence:** N47°13'17"W, a distance of 197.47 feet to set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-6 for the beginning of a non-tangent curve to the right;

## SCHEDULE C (Cont.)

**Thence:** along said curve to the right, with a radius of 97.15 feet, a curve length of 78.52 feet, a chord bearing of N21°47'20"W, a chord length of 76.40 feet and a central angle of 46°18'26", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-7 for the ending of said curve to the right;

**Thence:** N02°09'37"E, a distance of 117.62 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-8 for the beginning of a non-tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 29.74 feet, a curve length of 41.29 feet, a chord bearing of N35°36'12"W, a chord length of 38.05 feet and a central angle of 79°32'19", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-9 for the ending of said curve to the left;

**Thence:** N79°32'39"W, a distance of 101.38 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-10 for the beginning of a non-tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 99.04 feet, a curve length of 27.76 feet, a chord bearing of N72°21'05"W, a chord length of 27.67 feet and a central angle of 16°03'44", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-11 for the ending of said curve to the right;

**Thence:** N65°28'38"W, a distance of 131.37 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-12 for the beginning of a non-tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 15.84 feet, a curve length of 16.61 feet, a chord bearing of S79°22'15"W, a chord length of 15.86 feet and a central angle of 60°05'24", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-13 for the ending of said curve to the left;

**Thence:** S50°41'57"W, a distance of 70.93 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-14 for angle;

**Thence:** S38°13'05"W, a distance of 150.98 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-15 for angle;

**Thence:** S31°51'54"W, a distance of 74.59 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-16 for angle;

**Thence:** S22°09'12"W, a distance of 139.57 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-17 for angle;

## SCHEDULE C (Cont.)

**Thence:** S17°48'42"W, a distance of 179.44 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-18 for angle;

**Thence:** S26°13'11"W, a distance of 87.64 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-19 for angle;

**Thence:** S36°43'52"W, a distance of 103.33 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-20 for angle;

**Thence:** S45°44'22"W, a distance of 84.01 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-21 for angle;

**Thence:** S39°00'23"W, a distance of 93.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-22 for angle;

**Thence:** S19°04'31"W, a distance of 71.14 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-23 for angle;

**Thence:** S13°46'58"W, a distance of 22.93 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-24 for angle;

**Thence:** S71°05'26"E, a distance of 23.69 feet to a found 3 1/4" aluminum cap stamped RGV-RGC-8000-1 designated as RGV-RGC-R8000E-25 for angle;

**Thence:** S18°54'34"W, a distance of 200.00 feet to a found 3 1/4" aluminum cap stamped RGV-RGC-8000-8 designated as RGV-RGC-R8000E-26 for angle;

**Thence:** N71°05'26"W, a distance of 68.54 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-27 for angle;

**Thence:** N31°51'00"E, a distance of 78.71 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-28 for angle;

**Thence:** N21°56'14"E, a distance of 57.36 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-29 for angle;

**Thence:** N13°46'58"E, a distance of 87.90 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-30 for angle;

**Thence:** N19°04'31"E, a distance of 77.80 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-31 for angle;

**Thence:** N39°00'23"E, a distance of 100.06 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-32 for angle;

**Thence:** N45°44'22"E, a distance of 83.41 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-33 for angle;

## SCHEDULE C (Cont.)

**Thence:** N36°43'52"E, a distance of 98.21 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-34 for angle;

**Thence:** N26°13'11"E, a distance of 82.68 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-35 for angle;

**Thence:** N17°48'42"E, a distance of 178.38 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-36 for angle;

**Thence:** N22°09'12"E, a distance of 143.25 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-37 for angle;

**Thence:** N31°51'54"E, a distance of 78.80 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-38 for angle;

**Thence:** N38°13'05"E, a distance of 155.93 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-39 for angle;

**Thence:** N50°41'57"E, a distance of 73.94 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-40 for the beginning of a non-tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 45.84 feet, a curve length of 49.30 feet, a chord bearing of N80°42'25"E, a chord length of 46.96 feet and a central angle of 61°37'46", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-41 for the ending of said curve to the right;

**Thence:** S65°28'38"E, a distance of 132.69 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-42 for the beginning of a non-tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 69.04 feet, a curve length of 19.83 feet, a chord bearing of S72°19'12"E, a chord length of 19.76 feet and a central angle of 16°27'24", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-43 for the ending of said curve to the left;

**Thence:** S79°32'39"E, a distance of 102.52 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-44 for the beginning of a non-tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 59.74 feet, a curve length of 83.60 feet, a chord bearing of S36°30'46"E, a chord length of 76.94 feet and a central angle of 80°10'36", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-45 for the ending of said curve to the right;

## SCHEDULE C (Cont.)

**Thence:** S02°09'37"W, a distance of 116.96 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-46 for the beginning of a non-tangent curve to the left;

**Thence:** along a said curve to the left, with a radius of 67.15 feet, a curve length of 53.54 feet, a chord bearing of S21°38'19"E, a chord length of 52.13 feet and a central angle of 45°41'01", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-47 for the ending of said curve to the left;

**Thence:** S47°13'17"E, a distance of 197.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-48 for the beginning of a non-tangent curve to the left;

**Thence:** along a said curve to the left, with a radius of 93.00 feet, a curve length of 70.13 feet, a chord bearing of S67°59'12"E, a chord length of 68.48 feet and a central angle of 43°12'27", to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-49 for the ending of said curve to the left;

**Thence:** along a line non-tangent to said curve, S87°58'32"E, a distance of 29.61 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-R8000E-50 for the beginning of a non-tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 114.17 feet, a curve length of 95.13 feet, a chord bearing of N65°48'48"E, a chord length of 92.40 feet and a central angle of 47°44'28", returning to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 71'05'26" E | 1025.23' | N/A | N/A |
| L2 | S 09'02'27" W | 3926.46' | N/A | N/A |
| L3 | S 80'16'25" E | 47.35' | N/A | N/A |
| L4 | S 09'15'01" W | 200.01' | S 09'08'00" W | N/A |
| L5 | N 80'16'25" W | 246.64' | N/A | N/A |
| L6 | N 09'02'27" E | 3955.87' | N/A | N/A |
| L7 | N 71'05'26" W | 857.02' | N/A | N/A |
| L8 | N 18'54'34" E | 200.00' | N/A | N/A |
| L9 | S 80'45'00" E | 61.69' | N/A | N/A |
| L10 | S 09'15'01" W | 3926.83' | S 09'08'00" W | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16655697.836 | 889213.954 | RGV-RGC-8000-1 |
| 2 | 16655365.585 | 890183.854 | RGV-RGC-8000-2 |
| 3 | 16651487.903 | 889566.862 | RGV-RGC-8000-3 |
| 4 | 16651479.904 | 889613.533 | RGV-RGC-8000-4=8005-1 |
| 5 | 16651282.498 | 889581.383 | RGV-RGC-8000-5=8005-8 |
| 6 | 16651324.165 | 889338.293 | RGV-RGC-8000-6 |
| 7 | 16655230.891 | 889959.907 | RGV-RGC-8000-7 |
| 8 | 16655508.630 | 889149.139 | RGV-RGC-8000-8 |
| 9 | 16657262.942 | 889651.229 | POC RGV-RGC-8000 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).

2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.

3. THE SQUARE FOOTAGE TOTAL RECOTED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.

4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.

5. FIELD SURVEY COMPLETED 05/20/2019.

6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7293 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-610-4618

| | | |
|---|---|---|
| Drawing SHEET 11 OF 13 | **METES & BOUNDS SURVEY** LITB OIL, LTD. | |
| MDS Ref. No. 13 | **TRACT No. RGV-RGC-8000** | |
| | **STARR COUNTY          TEXAS** | |







MDS PROJ. NO.   18-200-00     FILE NAME:  RGV-RGC-8000     DATE:  6/20/24

## SCHEDULE D (Cont.)

ADJOINER TABLE

| KEY | ACREAGE | RECORD INFORMATION | DESCRIPTION |
|-----|---------|---------------------|-------------|
| 1 | 6.732 ACRES | VOL. 2, PG. 283 | LOT 3, WAL-MART SUBDIVISION |
| 2 | 2.402 ACRES | INST. No. 2017-334063 | LOT 2A, RINGGOLD IV SUBDIVISION |
| 3 | N/A | VOL. 3, PG. 406 | LOT 3A, RINGGOLD IV SUBDIVISION |
| 4 | N/A | VOL. 2, PG. 320B | LOT 2, RINGGOLD II SUBDIVISION |
| 5 | N/A | VOL. 2, PG. 320B | REMAINDER OF LOT 3, RINGGOLD II SUBDIVISION |
| 6 | N/A | VOL. 2, PG. 320B | REMAINDER OF LOT 4, RINGGOLD II SUBDIVISION |
| 7 | N/A | VOL. 3, PG. 515 | LOT 5, RESUBDIVISION OF LOT 5 RINGGOLD II SUBDIVISION |
| 8 | 44.510 ACRES | VOL. 133, PG. 1 | FELIX SAENZ-SHARE 66-B |
| 9 | 10.000 ACRES | VOL. 133, PG. 1 | FELIX SAENZ-SHARE 66-C |
| 10 | 5.128 ACRES | VOL. 133, PG. 1 | GREGORIA LOPEZ, et al-SHARE 58-B |
| 11 | 5.997 ACRES | VOL. 133, PG. 1 | EULOGIO GARZA-SHARE 64-B |
| 12 | 6.525 ACRES | VOL. 133, PG. 1 | NICOLAS SOLIS, et al-SHARE 90 |
| 13 | 12.778 ACRES | VOL. 133, PG. 1 | BENJAMIN ZAMORA-SHARE 91 |
| 14 | 18.621 ACRES | VOL. 133, PG. 1 | UNKNOWN HEIRS OF MACEDONIO VELA-SHARE 92 |
| 15 | 13.698 ACRES | VOL. 133, PG. 1 | SHARE 96 |



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7268 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-896-1818

| | |
|---|---|
| Drawing Ref. No. SHEET 12 OF 13 | **METES & BOUNDS SURVEY** |
| | LITB OIL, LTD. |
| | **TRACT No. RGV-RGC-8000** |
| | **STARR COUNTY** **TEXAS** |

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-8000    DATE: 6/28/24

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Boundary change | 5/3/19 | |
| 2 | Ownership change | 6/29/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 08/19 |
| Checked | TPA | 08/19 |
| Surveyor | JDB | 08/19 |
| Fld. Bk. # | 166888-74-88 | |

TEXAS LICENSED SURVEYING FIRM
MP ENGINEERING, INC.
NO. 10103042

CONTRACT NO: W61275-14-D-0013
T/O: W61275-0194-0139





ENGINEERING, INC
628 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-321-0266
(FAX) 501-767-4888
(EMAIL) info@bsfeng.com

US Army Corps
of Engineers

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.99991 6816 (E.G. GRID / 0.99991 6816 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 9, 2024 (TICKET NO. 2454098840).



## SCHEDULE D (Cont.)

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-R8000E-1+R8057E-1 | 16656125.479 | 890384.770 | 152.542 | 75.030 |
| RGV-RGC-R8000E-2+R8057E-11 | 16656170.259 | 890377.405 | 151.371 | 73.860 |
| RGV-RGC-R9000E-3 | 16656147.619 | 890299.994 | 152.067 | 74.558 |
| RGV-RGC-R8000E-4 | 16656148.671 | 890270.217 | 151.580 | 74.071 |
| RGV-RGC-R8000E-5 | 16656182.454 | 890186.869 | 152.202 | 74.695 |
| RGV-RGC-R8000E-6 | 16656316.571 | 890041.926 | 152.553 | 75.049 |
| RGV-RGC-R8000E-7 | 16656387.510 | 890013.569 | 152.626 | 75.122 |
| RGV-RGC-R8000E-8 | 16656505.046 | 890018.003 | 152.247 | 74.742 |
| RGV-RGC-R8000E-9 | 16656535.984 | 889995.850 | 152.041 | 74.536 |
| RGV-RGC-R8000E-10 | 16656554.382 | 889896.154 | 152.326 | 74.823 |
| RGV-RGC-R8000E-11 | 16656562.772 | 889869.784 | 152.232 | 74.730 |
| RGV-RGC-R8000E-12 | 16656617.298 | 889750.263 | 152.828 | 75.328 |
| RGV-RGC-R8000E-13 | 16656614.373 | 889734.677 | 152.815 | 75.316 |
| RGV-RGC-R8000E-14 | 16656569.449 | 889679.791 | 152.765 | 75.267 |
| RGV-RGC-R8000E-15 | 16656450.829 | 889586.387 | 152.996 | 75.501 |
| RGV-RGC-R8000E-16 | 16656387.484 | 889547.011 | 152.983 | 75.489 |
| RGV-RGC-R8000E-17 | 16656258.221 | 889494.383 | 152.882 | 75.391 |
| RGV-RGC-R8000E-18 | 16656087.378 | 889439.493 | 152.993 | 75.504 |
| RGV-RGC-R8000E-19 | 16656006.753 | 889400.771 | 152.942 | 75.454 |
| RGV-RGC-R8000E-20 | 16655925.937 | 889338.972 | 153.271 | 75.785 |
| RGV-RGC-R8000E-21 | 16655867.305 | 889278.807 | 153.455 | 75.971 |
| RGV-RGC-R8000E-22 | 16655795.016 | 889220.255 | 153.604 | 76.122 |
| RGV-RGC-R8000E-23 | 16655727.783 | 889197.006 | 153.955 | 76.474 |
| RGV-RGC-R8000E-24 | 16655705.513 | 889191.543 | 153.413 | 75.932 |
| RGV-RGC-R8000E-25 | 16655697.836 | 889213.954 | 153.682 | 76.201 |
| RGV-RGC-R8000E-26 | 16655508.630 | 889149.140 | 152.999 | 75.519 |
| RGV-RGC-R8000E-27 | 16655530.843 | 889084.295 | 153.155 | 75.677 |
| RGV-RGC-R8000E-28 | 16655597.703 | 889125.830 | 153.806 | 76.326 |
| RGV-RGC-R8000E-29 | 16655650.906 | 889147.259 | 152.884 | 75.403 |
| RGV-RGC-R8000E-30 | 16655736.277 | 889168.200 | 155.229 | 77.748 |
| RGV-RGC-R8000E-31 | 16655809.802 | 889193.625 | 155.228 | 77.746 |
| RGV-RGC-R8000E-32 | 16655887.559 | 889256.605 | 155.193 | 77.709 |
| RGV-RGC-R8000E-33 | 16655945.773 | 889316.342 | 154.781 | 77.296 |
| RGV-RGC-R8000E-34 | 16656024.483 | 889375.077 | 154.502 | 77.015 |
| RGV-RGC-R8000E-35 | 16656098.654 | 889411.605 | 154.510 | 77.021 |
| RGV-RGC-R8000E-36 | 16656268.481 | 889466.169 | 155.024 | 77.533 |
| RGV-RGC-R8000E-37 | 16656401.157 | 889520.187 | 154.339 | 76.846 |
| RGV-RGC-R8000E-38 | 16656468.081 | 889561.787 | 154.871 | 77.377 |
| RGV-RGC-R8000E-39 | 16656590.586 | 889658.251 | 154.316 | 76.819 |
| RGV-RGC-R8000E-40 | 16656637.420 | 889715.470 | 154.158 | 76.659 |
| RGV-RGC-R8000E-41 | 16656645.003 | 889761.813 | 153.868 | 76.368 |
| RGV-RGC-R8000E-42 | 16656589.929 | 889682.536 | 153.728 | 76.226 |
| RGV-RGC-R8000E-43 | 16656583.928 | 889901.363 | 153.772 | 76.269 |
| RGV-RGC-R8000E-44 | 16656566.322 | 890002.184 | 153.171 | 75.666 |
| RGV-RGC-R8000E-45 | 16656503.481 | 890047.965 | 153.541 | 76.035 |
| RGV-RGC-R8000E-46 | 16656386.606 | 890043.556 | 153.470 | 75.965 |
| RGV-RGC-R8000E-47 | 16656338.148 | 890062.780 | 153.539 | 76.034 |
| RGV-RGC-R8000E-48 | 16656204.335 | 890207.394 | 152.054 | 74.547 |
| RGV-RGC-R8000E-49 | 16656178.666 | 890270.884 | 153.221 | 75.712 |
| RGV-RGC-R8000E-50 | 16656177.620 | 890300.478 | 152.479 | 74.970 |

SHEET NO. 13 OF 13

METES & BOUNDS SURVEY
LITE OIL, LTD
TRACT NO. RGV-RGC-R8000E
STARR COUNTY     TEXAS

EMC, INC. PROJECT NO.: 24006

REMOVABLE BARRIER SURVEY PROJECT
CONTRACT NO.: W9126G-19-D-0004

EMC

US Army Corps of Engineers

# SCHEDULE E

## SCHEDULE E

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-8000

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Warranty Deed recorded in the Deed Records of Starr County, Texas on January 13, 2022, instrument number 2022-366560, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

Tract:  RGV-RGC-R8000E

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described as RGV-RGC-R8000E in Schedule C of this Declaration of Taking, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land(s) being taken is TWO HUNDRED TWENTY-ONE THOUSAND FIVE HUNDRED SIXTY-FOUR DOLLARS AND NO/100 ($221,564.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-8000:**

The sum estimated as just compensation for the land acquired is TWO HUNDRED FIFTEEN THOUSAND FIVE HUNDRED FORTY DOLLARS AND NO/100 ($215,540.00).

**TRACT RGV-RGC-R8000E:**

The sum estimated as just compensation for the land acquired is SIX THOUSAND TWENTY-FOUR DOLLARS AND NO/100 ($6,024.00).

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Lite Oil, Ltd.<br><br>McAllen, TX | Warranty Deed, dated January 13, 2022, recorded on January 13, 2022, Document No. 2022-366560, in the Official Public Records of Starr County, Texas. |
| The John Stahl Land Trust | Special Warranty Deed from Glynn Morgan, Jr and James C. Abbott as Co-Trustees of the Estate of John L. Stahl, deceased, dated 21 June 1999 and recorded in SCOR on 3 August 1999 in Vol. 840, Page 729, as Doc. No. 1999-204381. |
| The Helen Stahl Land Trust | Special Warranty Deed from Irene Sue Morgan, Trudie S. Abbott, and James C. Abbott dated 21 June 1999 and recorded in SCOR on 3 August 1999 in Vol. 840, Page 725, as Doc. No. 1999-204380. |
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Tax Authority<br>Account No. 1006120 |